FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
<u>ACCORDANCE WITH RULE 221, Pa.R.D.E.</u>

<u>New</u>

<u>Name Change</u>
667 – First Federal Bank of the Midwest – Change to 667 - Premier Bank

<u>Platinum Leader Change</u>
58 – Fulton Bank - Remove

<u>Correction</u>

<u>Removal</u>

Submitted:  7/31/2020